F. # 2006R01043

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

CERTIFIED SLINGS AND SUPPLY INC.,

   Defendant.

- - - - - - - - - - - - - - - X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 25 2007 ★

LONG ISLAND OFFICE

NOTICE OF MOTION

**CR 07 723**

**BIANCO, J.**

**LINDSAY, M.**

PLEASE TAKE NOTICE that the government will move the Court for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Central Islip, New York
         September 25, 2007

By: _____
Katie Hellings, Trial Attorney
Liz Aloi, Trial Attorney
U.S. Department of Justice
Antitrust Division
Nat'l Criminal Enforcement
(202)307-0934

cc:  Mark L. Horwitz, Esq.